**Lewis W. RHODE, Appellant, v. UTILITY FAN CORPORATION, a Corporation, Appellee.**

No. 10615.

Circuit Court of Appeals, Ninth Circuit.

May 16, 1944.

Alan Franklin, and J. Q. Gilchrist, both of Los Angeles, Cal., for appellant.

Harry A. Goldman, of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee to dismiss appeal herein and good cause therefor appearing, it is ordered that the motion to dismiss be and hereby is granted, that the appeal herein be dismissed, that a decree of dismissal be filed and entered accordingly and that the mandate of this court issue as provided by Rule 28.

---

**Karl SCHAFER, Bankrupt, Appellant, v. FEDERAL LAND BANK OF ST. PAUL et al.**

No. 12634.

Circuit Court of Appeals, Eighth Circuit.

May 17, 1944.

F. E. McCurdy, of Bismarck, N. D., for appellant.

Robert J. Barry, John F. Lord, and A. L. Quilling, all of St. Paul, Minn., for appellees.

PER CURIAM.

Order of District Court appealed from requiring appellant to pay into Court twenty-five (25%) per centum of the 1941 crop, in addition to the rental to be applied upon the crop mortgage, reversed, and as so modified, order appealed from affirmed without costs to either party in this Court, pursuant to stipulation to abide decision in Reichert, Bankrupt, v. Federal Land Bank of Saint Paul, 8 Cir., 139 F.2d 627.

---

**Roy STORY and Alva Wallace, Petitioners, v. UNITED STATES of America.**

No. 12861.

Circuit Court of Appeals, Eighth Circuit.

May 1, 1944.

Roy Story, pro se.
Alva Wallace, pro se.

PER CURIAM.

Application for allowance of appeal denied.